ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta
SEP 2 0 2016
JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>JASON MORGAN | Criminal Indictment<br>No. 1 :16-CR-337 |

THE GRAND JURY CHARGES THAT:

On or about August 17, 2016, in the Northern District of Georgia, the defendant, JASON MORGAN, did knowingly and intentionally distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A True BILL

FOREPERSON

JOHN A. HORN
*United States Attorney*

JENNIFER WHITFIELD
*Special Assistant United States Attorney*
Georgia Bar No. 984465
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181