U.S. Department of Justice
United States Attorney

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta
SEP 20 2016
JAMES N. HATTEN, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00672)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:16-CR-337

**MAGISTRATE CASE NO.**

X Indictment
DATE: September 20, 2016

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
JASON MORGAN

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony Misdemeanor

### Defendant Information:

**Is the defendant in custody?** Yes X No
**Will the defendant be arrested pending outcome of this proceeding?** X Yes No
**Is the defendant a fugitive?** Yes X No
**Has the defendant been released on bond?** Yes X No

**Will the defendant require an interpreter?** Yes X No

District Judge:

Attorney: Jennifer Whitfield
Defense Attorney: